IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 3:25-1113 |
| | ) | |
| v. | ) | |
| | ) | |
| **KEVIN BRYANT** | ) | |
| | ) | **ORDER FOR** |
| | ) | **BENCH WARRANT** |

The Clerk of Court is hereby directed to issue a warrant for the defendant, **KEVIN BRYANT,** as requested by the United States Attorney. Amount and conditions of bond to be set by the judicial officer before whom the defendant initially appears.

_____
UNITED STATES MAGISTRATE JUDGE

September 16, 2025

Columbia, South Carolina


I SO MOVE:

BRYAN P. STIRLING
UNITED STATES ATTORNEY

By: _____
Winston D. Holliday, Jr. (#07597)
J. Scott Matthews (#13779)
Assistant United States Attorney's
1441 Main Street, Suite 500
Columbia, South Carolina 29201
Telephone: (803) 929-3000
Email Address: Winston.Holliday@usdoj.gov
Email Address: Jonathan.Matthews2@usdoj.gov