IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 3:25-1113 |
| | ) | |
| v. | ) | |
| | ) | |
| **KEVIN BRYANT** | ) | |
| | ) | **WRIT OF HABEAS CORPUS** |
| | ) | **AD PROSEQUENDUM** |

It appears that criminal charges have been filed against the defendant in the above-entitled case. It further appears that the defendant, **KEVIN BRYANT,** is presently incarcerated in the South Carolina Department of Corrections, currently housed at the Lee Correctional Institution. It is therefore

ORDERED that the Jailor, or their authorized representative, deliver **KEVIN BRYANT** to the United States Marshals Service or other federal law enforcement officer from time to time as the defendant may be needed until the within action is concluded in its entirety. It is further

ORDERED that the United States Marshals Service or other federal law enforcement officer shall produce the defendant at such time and place as may be designated by the Court for proceedings in this case and upon the conclusion of this case, the said Marshal or other federal law enforcement officer shall return the defendant to his aforesaid place of confinement.

_____
UNITED STATES MAGISTRATE JUDGE

September 16, 2025

Columbia, South Carolina
I SO MOVE

BRYAN P. STIRLING
UNITED STATES ATTORNEY

By:

Winston D. Holliday, Jr. (#07597)
J. Scott Matthews (#13779)
Assistant United States Attorney's
1441 Main Street, Suite 500
Columbia, South Carolina 29201
Telephone: (803) 929-3000
Email Address: Winston.Holliday@usdoj.gov
Email Address: Jonathan.Matthews2@usdoj.gov